Form OFFIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re: Sulliman Ahmadi and Helai Karim   Case No.: 14–40819 RLE 7
         Debtor(s)                       Chapter: 7

## ORDER TO FILE REQUIRED DOCUMENTS
## NOTICE RE AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below.

- ☐ List of Creditors
- ☒ Summary of Schedules (Official Form 6)
- ☒ Statistical Summary of Certain Liabilities (Official Form 6)
- ☒ Schedule A – Real Property (Official Form 6)
- ☒ Schedule B – Personal Property (Official Form 6)
- ☒ Schedule C – Property of Claimed as Exempt (Official Form 6)
- ☒ Schedule D – Creditors Holding Secured Claims (Official Form 6)
- ☒ Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 6)
- ☐ Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 6)
- ☒ Schedule G – Executory Contracts and Unexpired Leases (Official Form 6)
- ☒ Schedule H – Codebtors (Official Form 6)
- ☒ Schedule I – Current Income of Individual Debtor(s) (Official Form 6)
- ☒ Schedule J – Current Expenditures of Individual Debtor(s) (Official Form 6)
- ☒ Declaration Concerning Debtor's Schedules (Official Form 6)
- ☒ Statement of Financial Affairs (Official Form 7)
- ☒ Statement of Current Monthly Income and Means Test Calculation (Form B22)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (B22C)
- ☐ Payment Advices
- ☐ Chapter 13 Plan
- ☐ Exhibit D
- ☐ Certification Regarding Debtor(s) Notification Required by 11 U.S.C. §342(b) – Individual Consumer Debtor (Director Form B201)
- ☐

IT IS HEREBY ORDERED that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) either: (a) files the documents listed above; (b) files a written request to extend the time to do so; or (c) files a written request for an order excusing the filing of the documents, the court WILL DISMISS this case without further notice or hearing.

IT IS HEREBY ORDERED that unless WITHIN 45 DAYS AFTER THE PETITION DATE, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §521(a)(1); (b) files a written request under 11 U.S.C. §521(i)(3) for additional time to do so; or (c) OBTAINS AN ORDER excusing the filing of the documents, THIS CASE WILL BE AUTOMATICALLY DISMISSED, pursuant to 11 U.S.C. §521(i).

Dated: 2/27/14                          By the Court:

                                        Roger L. Efremsky
                                        United States Bankruptcy Judge