B6F (Official Form 6F) (12/07)

In re   Sulliman Ahmadi & Helai Karim   ,   Case No.   14-40819
           Debtor                                                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| ACCOUNT NO. Asset Acceptance PO Box 2036 Warren MI 48090 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO. Aurora Loan Services 10350 Park Meadows Dr St Littleton CO 80124 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO. Bank of America 201 N Tryone St Charlotte NC 28265 | | C | Incurred: 2011 Consideration: Credit Card Debt (Unsecured) | | | | 100.00 |

__7__ continuation sheets attached       Subtotal ▶  $   300.00

                                                                                    Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sulliman Ahmadi & Helai Karim        ,     Case No.  14-40819
         **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ### ## 1245<br>California Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 942867<br>Sacramento CA 94267 | | C | Incurred: 2010 & 2011<br>Consideration: Income Taxes | | | | 10,000.00 |
| ACCOUNT NO.<br>CBA Collections Bureau<br>25954 Eden Landing Rd<br>Hayward CA 94545 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.<br>CENLAR/CTRL Loan Administration<br>425 Phillips Blvd<br>Ewing NJ 08618 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.<br>Chase<br>National Bank<br>P O Box 36520.<br>Louisville KY 40233-6520 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.<br>Chevron/Standard Oil<br>PO Box 5010 1242<br>Concord CA 94524 | | C | Incurred: 2011<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 100.00 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 10,400.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sulliman Ahmadi & Helai Karim          ,   Case No.  14-40819
           **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Collection Bureau of Merchant Services 217 N San Joaquin St Stockton CA 95202 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO. Countrywide Home Loan/Bank of America 450 American St Credit Report Simi Valley CA 93065 | | C | Incurred: 2011 Consideration: deficiency on home loan | | | | 100.00 |
| ACCOUNT NO. Discover Bank Harvey Moore PO Box 25145 Santa Ana CA 92799 | | C | Incurred: 2011 Consideration: Credit Card Debt (Unsecured) | | | | 5,119.00 |
| ACCOUNT NO. Discover Financial Services PO Box 15316 Wilmington DE 19850 | | C | Incurred: 2011 Consideration: Credit Card Debt (Unsecured) | | | | 100.00 |
| ACCOUNT NO. Enhanced Recovery Corp 10550 Deerwood Park Jacksonville FL 32258 | | C | Incurred: 2011 | | | | 100.00 |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  5,519.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sulliman Ahmadi & Helai Karim   ,    Case No.  14-40819
           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Firstpoint Collection Resolution PO Box 323 Des Moines IA 50306 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO. GAP PO Box 103065 Roswell GA 30078 | | C | Incurred: 2011 Consideration: Credit Card Debt (Unsecured) | | | | 100.00 |
| ACCOUNT NO. GEMB/Mervyns PO Box 981400 El Paso TX 79998 | | C | Incurred: 2011 Consideration: Credit Card Debt (Unsecured) | | | | 100.00 |
| ACCOUNT NO. GMAC PO Box 12699 Glendale AZ 85318 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO. GMAC Mortgage PO Box 4622 Waterloo IA 50704 | | C | Incurred: 2011 | | | | 100.00 |

Sheet no.  3   of  7   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 500.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Sulliman Ahmadi & Helai Karim                          ,     Case No.  14-40819
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Green Point Mortgage<br>2300 Brookstone CE<br>Columbus GA 31904 | | C | Incurred: 2011<br>Consideration: home loan deficiency | | | | 100.00 |
| ACCOUNT NO.<br>Greenpoint Mortgage<br>Columbus GA 31908 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.<br>Homecoming<br>PO Box 890036<br>Dallas TX 75389 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.<br>HSBC<br>PO Box 978<br>Wood Dale IL 60191 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.  0456<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346,<br>Philadelphia, PA 19101-7346 | | C | Incurred: 2010<br>Consideration: Income Taxes | | | | 39,000.00 |

Sheet no.  4   of  7    continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  39,400.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sulliman Ahmadi & Helai Karim           ,     Case No.  14-40819
              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Macy's DSNB<br>9111 Duke Blvd<br>Masono OH 45040 | | C | Incurred: 2011<br>Consideration: Credit Card Debt (Unsecured) | | | | 100.00 |
| ACCOUNT NO.<br>MBNA America<br>PO Box 15026<br>Wilmington DE 19801 | | C | Incurred: 2011<br>Consideration: Credit Card Debt (Unsecured) | | | | 100.00 |
| ACCOUNT NO.<br>Patelco Credit Union<br>156 2d St<br>San Francisco CA 94105 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.<br>PIN Credit Services/Verizon Wireless<br>PO Box 5617<br>Hopkins MN 55343 | | C | Incurred: 2011<br>Consideration: phone bill | | | | 100.00 |
| ACCOUNT NO.<br>Provident Funding<br>423 Iron SW<br>Albuquerque NM 87103 | | C | Incurred: 2011 | | | | 100.00 |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 500.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sulliman Ahmadi & Helai Karim            ,          Case No.  14-40819
                        **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Provident Savings Bank<br>3756 Central Ave<br>Riverside CA 92506 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.<br>Saxon Mortgage Services<br>PO Boxx 48392<br>Portland OR 97228 | | C | Incurred: 2011<br>Consideration: deficiency | | | | 100.00 |
| ACCOUNT NO.<br>Sherman Acquisitions<br>PO Box 10584<br>Freenville SC 29603 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO.<br>Verizon Wireless<br>15900 SE Eastgate Way<br>Bellevue WA 98008 | | C | Incurred: 2011<br>Consideration: phone bill | | | | 100.00 |
| ACCOUNT NO.<br>VISDSNB<br>9111 Duke Blvd<br>Mason OH 45040 | | C | Incurred: 2011 | | | | 100.00 |

Sheet no.  6   of  7    continuation sheets attached                              Subtotal ▶  $     500.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                    Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sulliman Ahmadi & Helai Karim          ,         Case No.   14-40819
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Wells Fargo <br> PO Box 10438 <br> Des Moines IA 50308 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO. <br> Wells Fargo Bank <br> PO Box 5445 <br> Portland OR 97228 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO. <br> Wells Fargo Bank CD Services <br> PO box 3696 <br> Portland OR 97208 | | C | Incurred: 2011 | | | | 100.00 |
| ACCOUNT NO. <br> Wells Fargo Finance Acceptance <br> 8010 E McDowel Rd <br> Scottsdale AZ 85257 | | C | Incurred: 2011 <br> Consideration: Personal Loan | | | | 100.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 400.00

Total $ 57,519.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)