Entered on Docket
April 18, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed April 18, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: Sulliman Ahmadi and Helai KarimCase No.: 14-40819 RLE

Debtor(s)/Chapter: 7

ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated 2/27/2014, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients